_____

No. 96-1357SD
_____

United States of America,          *
                                   *
            Appellee,              *     Appeal from the United States
                                   *     District Court for the District
     v.                            *     of South Dakota.
                                   *
Robbie Lee Mason,                  *     [UNPUBLISHED]
                                   *
            Appellant.             *
_____

Submitted:  July 11, 1996

Filed:  July 18, 1996
_____

Before FAGG, LAY, and HEANEY, Circuit Judges.
_____

PER CURIAM.

     Robbie Lee Mason appeals his drug-related guidelines sentence.  Mason
contends the district court improperly enhanced Mason's sentence because
he was a manager or supervisor of a criminal activity that involved five
or more participants.  See U.S.S.G. § 3B1.1(b).  We disagree.  Having
reviewed the record, we conclude the district court's decision about
Mason's role in the offense is not clearly erroneous.  Mason also contends
the district court improperly refused to depart downward from the
guidelines because his criminal history category significantly
overrepresents the seriousness of Mason's criminal history.  See U.S.S.G.
§ 4A1.3.  Again, we disagree.  The district court's refusal to depart
downward is not reviewable on appeal.  We thus affirm Mason's sentence.
See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.